■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATRINA RAJCOK, Appellant.—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Putnam County (Sweeny, J.), imposed March 12, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Sullivan, Eiber, Copertino and Pizzuto, JJ., concur.